LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

LARISSA L. REYNOLDS,

    Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. EDCV 16 – 01876 AS

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 (**$2,500.00**) subject to the terms of the stipulation.

DATE: August 9, 2017        / s / Alka Sagar
                                          HON. ALKA SAGAR,
                                          UNITED STATES MAGISTRATE JUDGE